# United States Court of Appeals for the Fifth Circuit

---

No. 26-50183

---

United States Court of Appeals
Fifth Circuit

**FILED**

July 10, 2026

Lyle W. Cayce
Clerk

Ignacio Sosnava Rodriguez,

*Petitioner—Appellee*,

*versus*

Sylvester M. Ortega, *in his official capacity as Director of the San Antonio Field Office of ICEs Enforcement and Removal Operations*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Wallace Blanche, *Acting U.S. Attorney General*; Department of Homeland Security; DOJ Executive Office For Immigration Review,

*Respondents—Appellants*,

consolidated with

---

26-50219

---

Alejandro Villegas Angel

*Petitioner—Appellee*,

*versus*

Markwayne Mullin, *Secreatary, U.S. Department of Homeland Security*; Todd Wallace Blanche, *Acting U.S. Attorney General*; Miguel Vergara, *San Antonio Field Office Director for Enforcement and*

No. 26-50183
c/w Nos. 26-50219, 26-50221

*Removal*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *Office of the General Counsel*,

*Respondents—Appellants*,

CONSOLIDATED WITH

_____

26-50221

_____

MIGUEL ANGEL GOMEZ ALVARADO,

*Petitioner—Appellee*,

*versus*

MIGUEL VERGARA, *in his official capacity as the Acting Director of San Antonio Field Office for U.S. Immigration and Customs Enforcement*; TODD LYONS, *in his capacity as the Acting Director for the U.S. Immigration and Customs Enforcement*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*,

*Respondents—Appellants*.

_____

Appeals from the United States District Court
for the Western District of Texas
USDC Nos. 1:26-CV-273, 1:26-CV-384,
1:26-CV-309

_____

No. 26-50183
c/w Nos. 26-50219, 26-50221

ON PETITION FOR REHEARING EN BANC

(Opinion July 02, 2026, 5 Cᴵʀ., 2026 WL 1906557)

Before Eʟʀᴏᴅ, *Chief Judge*, and Jᴏɴᴇs, Sᴍɪᴛʜ, Sᴛᴇᴡᴀʀᴛ, Rɪᴄʜᴍᴀɴ, Sᴏᴜᴛʜᴡɪᴄᴋ, Hᴀʏɴᴇs, Gʀᴀᴠᴇs, Hɪɢɢɪɴsᴏɴ, Wɪʟʟᴇᴛᴛ, Hᴏ, Dᴜɴᴄᴀɴ, Eɴɢᴇʟʜᴀʀᴅᴛ, Oʟᴅʜᴀᴍ, Wɪʟsᴏɴ, Dᴏᴜɢʟᴀs, and Rᴀᴍɪʀᴇᴢ, *Circuit Judges*.

Pᴇʀ Cᴜʀɪᴀᴍ:

A majority of the circuit judges in regular active service and not disqualified having voted in favor, on the Court's own motion, to rehear this case en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 41.3, the panel opinion in this case dated July 02, 2026, is VACATED.